Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
для

__Washington__ District of __Columbia__

_____

Case: 1:24-cv-01786 JURY DEMAND
Assigned To : AliKhan, Loren L.
Assign. Date : 6/20/2024
Description: Employ. Discrim. (H-DECK)

__DuyTan Nguyen__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Washington Nationals Baseball Club__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DuyTan Nguyen
Street Address: 2879 Chalkstone Pl
City and County: Waldorf
State and Zip Code: Maryland, 20601
Telephone Number: 202-981-0699
E-mail Address: TOM159BMT@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
JUN 20 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: WASHINGTON NATIONALS BASEBALL CLUB ATTN: JASON BECKWITH
- Job or Title (if known):
- Street Address: 1500 S. CAPITOL SE
- City and County: WASHINGTON D.C. 20003
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: ALAN GOTTLIEB
- Job or Title (if known): CHIEF OPERATING OFFICER
- Street Address: 1500 S. CAPITOL ST SE
- City and County: WASHINGTON D.C. 20003
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
    September 23, 2023

C. I believe that defendant(s) *(check one)*:
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [✓] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

PLEASE REFER TO THE DOCUMENT TITLE " BACKGROUND OF MY LAWSUIT " AND OTHER ENCLOSED EVIDENCE.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | WASHINGTON NATIONALS BASEBALL CLUB |
| Street Address | 1500 S. CAPITOL ST SE |
| City and County | WASHINGTON DC 20003 |
| State and Zip Code | |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* ON OR ABOUT NOV 06 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* MARCH 29, 2023

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLEASE REFER TO THE DOCUMENT TITLED "RELIEF"

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 20, 2024

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: DUYTAN NGUYEN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

June 20, 2024

Background of my lawsuit.

1.  My name is Duytan Nguyen. I also go by the nickname Tom Nguyen. Nguyen was a distinctive Vietnamese last name. There were a thousand people, if not million people with the same last name as me who came from a country named Vietnam. No country in the world, except Vietnam, bears that last name. I also look distinctively Asian.

2. I have worked for the Washington Nationals Baseball Club, aka the Nationals from February 19, 2019 to September 23, 2023 as a Special Police Officer (SPO). My initial wage was around $17 / hr. I got a positive review every year. My wage has been raised from $17 to around $21 per hour.

3. On May 05, 2023, Ashley Hickman, an Executive Assistant for Bob Tanenbaum, one of the billionaire owners of the Nationals sent me an email asking me for my contact number. I gave my phone number to her but one question I had in mind at that time was I have never talked, communicated, or met with Mr. Tanenbaum, why did he want to know me? Bob Tanenbaum specifically looked for me. He knows how I look like & where I came from throughout the paper trail I left with Human Resource.

4. On September 20, 2023, we had an early home game against the Chicago White Sox. The game ended around 5pm. The Nationals won 13-3. Around 5:30pm, Alan Gottlieb, the Nationals COO, drove his Maserati out of the covered parking lot at Lot A. I was assigned to work at Lot A that day. He rolled down the window of his vehicle, smiled & said "hi" to me. I smiled back & quickly told him that I would write to him tonight. He knows I am Asian; he also knows I am Vietnamese specially since the email I was about to write to him particularly mentioned Vietnam.

5. When I got off work around 11pm that night, I wrote & sent him an email at around 3am on September 21, 2023. In that email, I suggested he should build a baseball training facility to feed Vietnamese children three meals a day, to have a place for them to sleep at nights so they don't go out to dangerous environments to be associated with criminals, & to have a place for them to grow up healthy, build characters, friendships, & to train them to be the future Shohei Ohtani or Juan Soto, two of the best baseball players who were born overseas.

6. During the Vietnam war, the USA dropped many million tons of bombs. Millions of Vietnamese people have lost their lives & limbs due to the war. Thus, with the baseball training camp for Vietnamese children, God's children. I want to change the narrative. I'd like to promote goodwill. I want to extend the baseball game, a unique American game, to Vietnam and if we succeed, we will spread it globally. Instead of bombs & wars, now we can win the terrorists, the haters' hearts & minds via baseball. In addition, in that email I mentioned an email I wrote to Bob Frost, Senior Vice President of HR, and the COO, Alan Gottlieb complained about reserve discrimination of our three co-workers by my security manager named Tajanna West.

7. The Nationals have a baseball training camp in Washington DC to specifically train young children. It is called the Washington Nationals Youth Baseball Academy, its address is at 3675 Ely Pl SE, Washington, DC 20019. Alan Gottlieb & the Nationals leadership team supported this program. I am originally from Vietnam; I wrote to Mr. Gottlieb asking for the same program for Vietnamese children to change the narrative about dropping bombs onto their heads. It was not a handout, rather the Nationals initially put up an investment for potentially future players. Not only was my idea turned down, but also, I was wrongfully & illegally terminated immediately without warning or given an opportunity to explain my suggestion.

8. In addition, the Nationals also did evil by wrongfully & unscrupulously letting the DC Office of Employment Services (DOES) know that I was terminated for "misconduct" & "performance". After an investigation, the DOES refuted the Nationals claim & awarded me unemployment money instead.(DOES letter enclosed)

9. The Nationals denied my livelihood even though I was one of the best workers in the security department. Enclosed is one of my nightly reports detailing what happened on my shift. Look at that & have a comparison between my report & those of my co-workers & my supervisor.

10. On August 27, 2021, Cameron Basila, a manager in the Ground Crew department alerted our department's management of possible intruders to the Field. The Field was where players played in a match. The Ground Crew department was responsible for landscaping & preparing the Field for playing. (Enclosed was the photo of a video I took - The time of the intrusion was at 0223am, August 27, 2021). Since I was very good with computers & camera therefore, my supervisor assigned me the task of finding the intruders. On August 28, 2021, at around 0330am, I sat in front of a computer in JOC (Joint Operation Center - The main security office of the stadium) trying to find the invaders. Suddenly I heard a very big snore on the back of JOC where our break room was located. I stopped what I was doing, stood up & proceeded to the back to investigate the noise.

11. I saw SPO Vincent Fields sleeping & snoring loudly. I took two videos of him sleeping, forty minutes apart because I knew our lunch time was supposed for only thirty minutes. SPO Fields was caught many times sleeping on the job. Jeff McClleland was a Facility Operation Manager. He normally came into the building via the JOC entrance around 5am. He would often see SPO Fields sleep right in front of the computer & camera. One of the housekeeping staff, ABM named Karen Ayala, would tell me the same fact. Matter of fact, SPO Fields was written up for sleeping on the job before.

12. I was in JOC from 0330am to 0530am, within that time frame, SPO Fields slept. He didn't wake up & started patrol until around 0550am. JOC officer that night was SPO Brown. A duty of a JOC officer was supposed to watch the camera & answer the phone & dispatch. In SPO's Brown report for that night, SPO Fields didn't start patrolling until 0550am.

13. Realizing that SPO Fields had placed the stadium's security and our forty thousand guests in danger, I sent two videos of his sleeping to my immediate supervisor, Marcus Farrell. I waited

for two days, no respond. I continued to send the videos to Mrs. West (Tajanna West), our security manager. Mrs. West, as we would call her, asked me whether SPO Fields was on lunch break at that time. We have a very good fisheye camera up in the ceiling of JOC. If she ever wanted to independently investigate, she would have asked her four captains, the four supervisors who work under her to rewind the camera to see what time SPO Fields came to the breakroom in the back of JOC, & then what time he came out of the breakroom. Nonetheless she would not do it.

14. Normally on weekends we have early games. Before & during the game, the civilian K9 team checked vehicles in the garages & outside the gates for explosives; they didn't have capacity to check the rooftop, concessions, vendor commissaries or most of the suites where the food was prepared & served by Levy, a restaurant contractor for the Nationals. The stadium has many spots that a determined terrorist can take advantage of to place a timed bomb & detonate during one of the early games.

15. On July 17, 2021, there was a small firearm shooting outside the Third Based gate of the stadium, yet inside was a scene of chaos & confusion. Micheal Levenson described it best in his article for the New York Times that day. God gave the Nationals a wake-up call.

16. On August 15, 2021, Kabul fell to the Taliban & terrorists. That made me terribly worried & alert about the security of the stadium. When I investigated the cameras on August 28, 2021, I saw two intruders who played on the Field for about thirty minutes. In an effort to save electricity, the Nationals would cut off most of the lights at the stadium at night when there wasn't a home game, thus in the video we would see the Field & the stadium was very dark. There were some nights I had to use my own flashlight to patrol. The gates surrounding the stadium were about eight feet tall. To make matters worse, a W sign was welded to the gate, thus it acts like a ladder so intruders & terrorists can easily climb into the gates & get inside.

17. As a result, we have had many intruding incidents at the stadium, none was detected by the security department. We were alerted by either ABM staff, the housekeeping contractor, or Levy, the restaurant contractor who works at the stadium before, during & after a game. In one incident an ABM supervisor told us there were two strange guys walking around in the Main Concourse. They looked like they did not belong here. At least, in another incident, an intruder jumped the fence, once inside the stadium he stole many bottles of wine. Levy restaurant alerted the management staff, the security management staff would in turn assigned our supervisor the task of rewinding the cameras to find the intruders.

18. Despite sleeping & putting our lives & forty thousand of our guest's lives in danger, SPO Fields still have not got terminated. Whereas I just wrote an email to suggest building up a baseball training for Vietnamese children just like they did for the urban kids in Washington DC, I was terminated immediately without warning or allowing me a chance for explanation & clarification of my writing. If it was not discriminatory in my national origin or my race, I don't know what it was.

19. John Thompson was a dedicated co-worker of mine who worked as an SPO in the security department. He initially worked for TSA, airport security for eight years. After my manager, Tajanna West, fired three of the White SPOs, he was very upset. He was the only White, full time SPO who was still on the job. I was the only Asian who worked in this security department. He & I often talked whenever we had an opportunity to relieve each other at posts. He was often discriminated against by his Black supervisors. He was often assigned the most difficult posts, posts that had lots of traffic & plenty of work to do. On some days, he would not be relieved for six hours.

20. He told me initially he was trying to stay past the five years mark so he could obtain an MLB pension, but with this situation it seemed impossible. Sensing another dedicated, knowledgeable & hard-working co-worker of mine about to quit this place, on April 05, 2021, after seeking guidance from the Lord, Jesus Christ, I anonymously wrote an email to Bob Frost, Senior Vice President of Human Resource, & cc the COO, Alan Gottlieb alerted them of possible illegal act at the stadium. Enclosed are the emails & subsequence correspondences between me & Bob Frost.

21. SPO John Thompson departed the company around May-June 2021. There was another White SPO named Nicholas "Nick" Price? He worked as an SPO full time and later switched to part time. He got along very well with Scott Fear, our department head. I saw him texting & chatting with Mr. Fear at ease. Nonetheless, he crossed paths with Mrs. West, as a result Mrs. West threatened to quit if SPO Nick was not getting fired. Finally, SPO Nick was terminated. After Susan Humphrey left the company around 2022, there was no longer any White person, except Scott Fear who worked in the security department.

22. A month or two later after my anonymous complaint, Lisa Marie Czop, who was a Vice President of the company, & a head of Events Department was promoted to Senior Vice President in charge of Public Safety & Security, our department, as well as the Facility department. Our department head, Scott Fear, now reported to her.

23. I don't know what Ms. Czop did. Nonetheless, after she was in charge, the following people were no longer around: SPO Washington, Captain Boyd, two of the Black ladies who were chronically late/absent from work, mentioned in my anonymous complaint. SPO Fields was gone as well. As well as Bob Frost, the Senior VP of HR, Tatiana Bermudez (Dien) Senior Director of HR. She was the one who was in the meeting with me & Scott Fear. This was my second time meeting Scott Fear. And I know in baseball, three strikes and I will be gone.

24. I requested a meeting between HR & my manager, Scott Fear & Ms. Bermudez "Dien" attended. The reason for the meeting was SPO Fields was very upset with me due to my reporting him sleeping on the job with the two videos to our security manager. He didn't relieve me as he supposed. In addition, I want to discuss the safety at this stadium. At this meeting, I told them I was fearful for the safety of our forty thousand unsuspected & innocent fans, including innocent children who came to see the game every spring & summer.

25. Mr. Fear said if I was fearful all the time, then I should not work in this profession. I informed him I have been working in security on & off for twenty years. About the intruders, he said they were just teenagers who played around. That was precisely what my dad told me of a war story where the Vietcong, if they wanted to map out a military installation of the enemy, they initially sent in teenagers who looked like they got lost. One they were able to have a good understanding of the place & its protective methods, then they would send the professional soldiers with heavy weapons in to blow it up.

26. It was not a very good idea when in a room with a Senior Director of HR & my department head. Sensing that I might be getting fired on the spot. I apologized for the conversation and then requested to transfer to the second shift. Most of the home games happened on the 2nd shift, which started from 0230pm to 1100pm. There was plenty of support on this shift. I would not make a decision on my own. I figured out if this place was burned down or exploded, at least I am not the one who was alone responsible for it. The situation was bad enough whenever there was a home game, I prayed to the Lord to keep us safe.

27. After Lisa Marie Czop was in charge, she hired more White people including a new Director of Security, Greg Monahan, and a coordinator Drew Hurley, and a few new White SPOs. In addition, SPO Washington & Captain Boyd I mentioned in my complaint were gone. I didn't know if they got fired or quit, but at least they still had an opportunity to stay after their wrongdoing & to explain. That opportunity was not afforded for me. I was illegally terminated on the spot. It was a discriminatory act reserved for me, & not for my co-workers. It was national origin & racial discrimination.

28. Initially when I came onto the job, there was a hostile situation. My immediate supervisor discriminated against me & treated me badly. She would yell at me in front of many people every morning. I finally went to HR to ask them to put an end to the yelling. In that meeting with a Senior Director of HR, Kelvin Scott (he was gone before Bob Frost hiring) and Scott Fear, made light of the situation & instead of punishing the wrongdoer, they were about to punish me, the messenger. It was discriminatory. After that meeting, fearing that I was about to be fired for making "waves", I wrote an email listing my accomplishments since I worked for the Nationals, including that I was the first to report about the broken lock of the front door of the HR building.

29. In my time working for the Nationals I saw two managers of HR, two Senior Directors of HR, one Vice President of HR, one Senior Vice President of HR departed their jobs. Finally, Scott Fear, Vice President of Public Safety & Security (head of security department) departed as well. Three of the HR people and my department head are the people who dealt directly with me regarding my complaints. They were Kelvin Scott, Senior Director of HR. He departed after one year on the job. Tantiana Dien (Bermudez), Senior Director of HR and Bob Frost, Senior Vice President of HR departed after Lisa Marie Czop was promoted to Senior Vice President in charge of the Security & Facility Department. Scott Fear, head of security, departed on September 07, 2023, fifteen days before I got wrongfully & illegally terminated. There was an Executive Director of Facility, (will get his name later) who departed in 2023 as well. Those were the people I either dealt with via my complaints with HR or my written in my nightly report. The

law requires a company to keep their employees information on files for a year after they are terminated. By termination of the people, one by one who were involved in my case, was this an attempt to sweep detrimental things under the rug?

30. On or around September of 2023, Lisa Monaco, an Associate Deputy Attorney General, her husband & her mother, plus her detail ( two black, government SUV vehicles), attended a home game. I was assigned to work at Lot A, the reserve parking lot for players, coaches, & ownership. I checked them in. At that game, the Nationals lost heavily to the visiting team. Lisa Monaco & her detail left twenty minutes after the game.

31. After the termination of my job, I paid $39/month to buy a Linkin membership account to tell my story & to seek a lawsuit for five billion dollars. Later, fearful for my safety because the Lerner who owns the Nationals has connections all over the DMV area. I traveled to Vietnam. While in Vietnam, I visited two of the churches where I grew up. Later, I found out my two iPhones have been broken into. It was a very sophisticated operation conducted by the government. All of my childhood photos & my dad's pictures of his funeral got deleted. They installed monitor software to keep track of my movement. From Vietnam, I sent a letter to the President, Vice President, the FBI & the Homeland Security asking for help. In the end, to break free, I threw my two phones out in the sea.

32. The Nationals fired me quickly, within just two days, from the time of me writing a letter to Alan Gottlieb, the COO of the Nationals on September 21, 2023 to the time of my illegal & wrongful termination of my employment on September 23, 2023. I asked one of the reporters who works for the Washington Post to write my story. He asked me why I was getting fired. He was surprised that the two emails I wrote were the reasons. The Nationals can do it because they have connections, even with top government officials in the DOJ.

Sincerely,

Duytan "Tom" Nguyen

June 20, 2024

RELIEF

1. The Nationals should stop telling government representatives such as the DOES that I was a poor performance worker, that I got terminated for misconduct so they can deny my employment benefits. It was a small amount that I got and I collected unemployment for only two weeks until I found a new job. Nonetheless, unemployment money was my livelihood and with that, I can buy food to eat & to survive. The Nationals denied my livelihood. They are evil.

2. I intended to work for the Nationals in the next twenty years, at a salary and benefits of about 50,000 dollars per year, not including the MLB pension, therefore, I expected to earn around one million dollars. Therefore I seek a million dollars in damage.

3. The Nationals have spent five hundred million dollars for two players, one of them has never played since 2019, and the other played like he was still in college. Nonetheless, they were still at the bottom of their league. With the government officials from the DOJ who broke into two of my iphones and deleted my files & my photos including my childhood pictures (they are priceless) and my father's funeral photos, then they held me captive when they monitored my movement. They tried to implicate me in some of their crime so they could scrap my lawsuit or at the least make it public. I seek a billion dollars in punitive damage, or the maximum amount that the law allows so I can use the money to develop baseball, a unique & non physical contact American game to train & develop children of the world, God children, to grow up having a full meal a day, a place to study & be a responsible citizen. With humans, it is impossible, but with God it is possible.

Case 1:24-cv-01786-LLA   Document 1   Filed 06/20/24   Page 14 of 14